BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ESTHER KIM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8922
    Facsimile: (415) 744-0134
    E-Mail: Esther.H.Kim@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| TAMALYN CHARMAINE CAMPBELL,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-02386-CMK<br><br>**STIPULATION FOR EXTENSION AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant has 30 additional days to respond to Plaintiff's Motion for

Summary Judgment. Defendant's Counsel requests this extension due to her unusually large workload with several merit briefs due this month along with ongoing litigation in other areas. Upon issuance of this order, Defendant will have until June 29, 2015 to file her cross-motion for summary judgment.

       This is the Commissioner's first extension request.

                                Respectfully submitted,

Dated: May 29, 2015                BENJAMIN B. WAGNER
                                   United States Attorney
                                   DONNA L. CALVERT
                                   Acting Regional Chief Counsel, Region IX
                                   Social Security Administration

                         By:   /s/ *Esther Kim*
                                   Esther Kim
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant


Dated: May 29, 2015

                                   /s/ *Stephen Anthony Valizan*
                                   Stephen Anthony Valizan
                                   (as authorized via email)
                                   Attorney at Law
                                   Attorney for Plaintiff

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  June 8, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE